Nan Zhong
211 Hope St, #390755
Mountain View, CA 94039

U.S. District Court for
the Eastern District of Michigan
Clerk's Office
231 W. Lafayette Blvd., Room 599
Detroit, MI 48226

RECEIVED
MAR 26 2025
CLERKS OFFICE
DETROIT