# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| Stanley Zhong, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-10579 |
| The Regents of the University of Michigan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Regents of the University of Michigan                                                   .

Date:     04/08/2025

_____
*Attorney's signature*

Brian M. Schwartz (P69018)
*Printed name and bar number*

150 W. Jefferson, Suite 2500, Detroit, MI 48226
*Address*

schwartzb@millercanfield.com
*E-mail address*

(313) 963-6420
*Telephone number*

_____
*FAX number*

**PROOF OF SERVICE**

The undersigned certifies that on April 8, 2025, a copy of the foregoing

document, Appearance of Brian M. Schwartz, was filed in this matter via the Court's

electronic filing system, which will automatically serve a copy of the same upon all

counsel of record.

By: _____
        Brian M. Schwartz (P69018)