AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| Stanley Zhong, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-10579 |
| The Regents of the University of Michigan | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Regents of the University of Michigan.

Date: 04/17/2025

*Attorney's signature*

Sydney R. Rohlicek (P85655)
*Printed name and bar number*

150 W. Jefferson, Suite 2500, Detroit, MI 48226
*Address*

rohlicek@millercanfield.com
*E-mail address*

(313) 963-6420
*Telephone number*

*FAX number*

**PROOF OF SERVICE**

The undersigned certifies that on April 17, 2025, a copy of the foregoing document, Appearance of Sydney G. Rohlicek, was filed in this matter via the Court's electronic filing system, which will automatically serve a copy of the same upon all counsel of record.

By: /s/ *[signature]*
Sydney G. Rohlicek (P85655)