UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Stanley Zhong, et al.,

              Plaintiff(s),                              Case No.  25-cv-10579

v.                                           Honorable  Matthew F. Leitman

The Regents Of The University Of Michigan,        Magistrate Judge  David R. Grand

              Defendant(s).

_____/

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge.  Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district  judge for further proceedings.

Date:  April 17, 2025                         s/Matthew F. Leitman
                                      Matthew F. Leitman
                                      U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge  Jonathan J.C. Grey                    .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  April 17, 2025                         s/ S Schoenherr
                                          Deputy Clerk