# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Stanley Zhong et al,

        Plaintiff(s),          Case No. 25-10579

v.          Honorable Jonathan J.C. Grey

The Regents Of The University Of Michigan      Magistrate Judge David R. Grand

        Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: April 17, 2025          s/Jonathan J.C. Grey
                                                              Jonathan J.C. Grey
                                                              U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge F. Kay Behm.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 17, 2025          s/ S Schoenherr
                                                              Deputy Clerk