UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Stanley Zhong et al,

                Plaintiff(s),                 Case No. 25-10579

v.                                           Honorable F. Kay Behm

The Regents Of The University Of Michigan     Magistrate Judge David R. Grand

                Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: April 17, 2025                               s/F. Kay Behm
                                                    F. Kay Behm
                                                    U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Robert J. White.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 17, 2025                               s/ S Schoenherr
                                                       Deputy Clerk