UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Stanley Zhong, et al.,

       Plaintiff(s),

v.

The Regents Of The University Of Michigan,

       Defendant(s).

_____/

Case No.  25-10579

Honorable  Robert J. White

Magistrate Judge  David R. Grand

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge.  Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district  judge for further proceedings.

Date:  April 17, 2025

s/Robert J. White
Robert J. White
U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge  Gershwin A. Drain                              .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  April 17, 2025

s/ S Schoenherr
Deputy Clerk