UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Stanley Zhong, et al. (Pro Se),** <br><br> Plaintiffs, <br><br> v. <br><br> **The Regents of University of Michigan** <br><br> Defendant. | Case No. 2:25-cv-10579 <br><br> Assigned to: <br> The Honorable Gershwin Allen Drain |

MOTION TO DROP PLAINTIFF SWORD (Students Who Oppose Racial Discrimination)

WITHOUT PREJUDICE

Plaintiff Nan Zhong, proceeding pro se, hereby moves this Honorable Court, pursuant to Rule 21 of the Federal Rules of Civil Procedure, to drop Plaintiff SWORD (Students Who Oppose Racial Discrimination) from this action without prejudice.

In support of this motion, the undersigned states as follows:

1. This action was commenced on Feb 27, 2025 by Plaintiffs Stanley Zhong, Nan Zhong and SWORD against Defendant The Regents of University of Michigan.

2. Plaintiff SWORD is a voluntary membership organization focused on stopping racial discrimination in college admissions through litigations. As such, it requires legal representation to be a plaintiff.

3. Despite diligent efforts, SWORD and the remaining Plaintiffs have been unable to secure legal counsel willing and able to represent the specific interests of Plaintiff SWORD in this litigation.

4. Without legal representation, Plaintiff SWORD cannot effectively participate in this litigation or prosecute its claims.

5. Continued inclusion of SWORD as a plaintiff without representation is impractical and potentially prejudicial to the orderly administration of this case.

6. The remaining Plaintiffs intend to continue prosecuting their own claims against the Defendant.

7. Dropping Plaintiff SWORD without prejudice is appropriate under these circumstances, as it will allow the case to proceed efficiently with the remaining parties while preserving SWORD's potential right to refile its claims in the future should it secure representation.

WHEREFORE, Plaintiff Nan Zhong respectfully requests that this Court enter an Order dropping Plaintiff SWORD from this action without prejudice.

Dated: May 15, 2025

Respectfully Submitted,

/s/ Nan Zhong

Nan Zhong

Plaintiff Pro Se

211 Hope St #390755

Mountain View, CA 94039

425-698-9139

nanzhong1@gmail.com