UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STANLEY ZHONG, et al.,

        Plaintiff(s),

v.

SWORD, et al.,

        Defendant(s).
_____/

Case No. 2:25-cv-10579-GAD-DRG

Honorable Gershwin A. Drain

Magistrate Judge David R. Grand

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: June 4, 2025

s/Gershwin A. Drain
Gershwin A. Drain
U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Judith E. Levy.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: June 4, 2025

s/N. Ahmed
Deputy Clerk