# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Stanley Zhong, *et al.*,

                Plaintiffs,        Case No. 25-10579

v.                                      Judith E. Levy
                                      United States District Judge

The Regents of the University of
Michigan,                           Mag. Judge David R. Grand

                Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR DEADLINE FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT [17] AND DEFENDANT'S MOTION FOR EMERGENCY CONSIDERATION OF ITS MOTION FOR DEADLINE FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT [18]**

Before the Court are Defendant's Motion for Deadline for Plaintiffs to File a First Amended Complaint and Defendant's Motion for Emergency Consideration of Its Motion for Deadline for Plaintiffs to File a First Amended Complaint ("Defendant's Motions"). (ECF Nos. 17–18.) On May 31, 2025, Plaintiffs filed a response to Defendant's Motions. (ECF No. 19.) The Court has carefully reviewed the filings and GRANTS Defendant's Motions. Plaintiffs must file a First Amended Complaint

within fourteen (14) days of the entry of this Order. Defendant must file its motion to dismiss in response to the First Amended Complaint within twenty-one (21) days after the First Amended Complaint is filed, unless otherwise stipulated or ordered.

IT IS SO ORDERED.

Dated: June 5, 2025      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 5, 2025.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager