UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stanley Zhong, *et al.*,

          Plaintiffs,    Case No. 25-10579

v.    Judith E. Levy
United States District Judge

The Regents of the University of Michigan, *et al.*,    Mag. Judge David R. Grand

          Defendant.

_____/

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO DROP PLAINTIFF SWORD AND ORDERING THE CLERK OF THE COURT TO REVISE THE CASE CAPTION [16]**

On February 27, 2025, Stanley Zhong, Nan Zhong, and SWORD (Students Who Oppose Racial Discrimination) filed a complaint. (ECF No. 1, PageID.1.) Before the Court is Plaintiff Nan Zhong's motion to drop Plaintiff SWORD (Students Who Oppose Racial Discrimination) without prejudice. On June 20, 2025, Plaintiff Nan Zhong filed an amended complaint, which modified the parties. (ECF No. 22, PageID.218.) Therefore, the Court DENIES as moot Plaintiff's motion.

However, Nan Zhong is listed incorrectly on the docket as filing "individually and as president of SWORD; as next friend of his minor son." (*Id.*) The Clerk of the Court shall revise the caption to list Nan Zhong as just "next friend of his Minor Son."

IT IS SO ORDERED.

Dated: June 25, 2025　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　JUDITH E. LEVY
　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 25, 2025.

　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　Case Manager