UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stanley Zhong and Nan Zhong, as next
Friend of his Minor Son,

   Plaintiffs,

v.

The Regents of the University of Michigan,
in their official capacities; The University
of Michigan; Santa Ono, in their individual
and official capacity as the former President of
the University of Michigan; Domenico Grasso,
in their individual and official capacity as the
current President of the University of Michigan;
Adele C. Brumfield, in their individual and official
capacity as the Vice Provost for Enrollment Management
at the University of Michigan; Other persons
Does 1-10 acting in concert with those named
Above,

   Defendants.

Case No.: 25-cv-10579

Judge Judith E. Levy
Mag. Judge David R. Grand

| David A. Nacht (P47034) | Brian M. Schwartz (P69018) |
| Fabiola A. Galguera (P84212) | Sydney G. Rohlicek (P85655) |
| NACHTLAW, P.C. | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| *Attorneys for Plaintiff* | |
| 501 Avis Drive, Suite 3 | 150 W. Jefferson Ave., Suite 2500 |
| Ann Arbor, MI 48108 | Detroit, MI 48226 |
| (734) 663-7550 | (313) 963-6420 |
| dnacht@nachtlaw.com | *Attorneys for University Defendants* |
| Fgalguera@nachtlaw.com | schwartzb@millercanfield.com |
| | rohlicek@millercanfield.com |

## **APPEARANCE AND NOTICE OF APPEARANCE**

  Now Comes David A. Nacht of Nacht Law P.C. who files his appearance on behalf of Plaintiffs, Stanley Zhong and Nan Zhong, as next friend of his minor son, in the above captioned matter.

Respectfully submitted,

**NACHTLAW, P.C.**

Dated: July 16, 2025

/s/ David A. Nacht
David A. Nacht (P47034)
Attorney for Plaintiffs

**PROOF OF SERVICE**

The undersigned certifies that on July 16, 2025, a copy of the foregoing Appearance and Notice of Appearance was served via CM/ECF system which will send notification of such filing to all attorney(s) of record.

/s/ Karina Pimentel
Karina Pimentel, Litigation Manager