UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Stanley Zhong, et al.,

               Plaintiff(s),

v.                                                      Case No. 5:25−cv−10579−JEL−DRG
                                                     Hon. Judith E. Levy

The Regents Of The University
Of Michigan, et al.,

               Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan. The following motion(s) are scheduled for hearing:

Motion to Dismiss – #28

- MOTION HEARING:  January 15, 2026 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/W. Barkholz
                                                          Case Manager

Dated:  July 25, 2025