# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Stanley Zhong and Nan Zhong, as next
Friend of his Minor Son,

    Plaintiffs,

v.

The Regents of the University of Michigan,
in their official capacities; The University
of Michigan; Santa Ono, in their individual
and official capacity as the former President of
the University of Michigan; Domenico Grasso,
in their individual and official capacity as the
current President of the University of Michigan;
Adele C. Brumfield, in their individual and official
capacity as the Vice Provost for Enrollment Management
at the University of Michigan; Other persons
Does 1-10 acting in concert with those named
Above,

    Defendants.

Case No.: 25-cv-10579

Judge Judith E. Levy
Mag. Judge David R. Grand

| | |
|---|---|
| David Nacht (P47034) | Brian M. Schwartz (P69018) |
| Fabiola A. Galguera (P84212) | Sydney G. Rohlicek (P85655) |
| NACHTLAW, P.C. | MILLER, CANFIELD, PADDOCK |
| *Attorneys for Plaintiff* | AND STONE, P.L.C. |
| 501 Avis Drive, Suite 3 | 150 W. Jefferson Ave., Suite 2500 |
| Ann Arbor, MI 48108 | Detroit, MI 48226 |
| (734) 663-7550 | (313) 963-6420 |
| dnacht@nachtlaw.com | *Attorneys for University Defendants* |
| Fgalguera@nachtlaw.com | schwartzb@millercanfield.com |
| | rohlicek@millercanfield.com |

### STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [DE. 28]

  NOW COMES Plaintiffs and Defendants, by their respective counsel, and

hereby stipulate to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss First Amended Complaint. Accordingly, they stipulate and agree that Plaintiffs' deadline to respond to Defendants' Motion to Dismiss be extended by 30 days. Plaintiff's response shall be due on September 2, 2025.

IT IS HEREBY ORDERED that Plaintiffs shall file a response to Defendants' Motion to Dismiss First Amended Complaint on or before September 2, 2025.

Date: August 11, 2025             s/Judith E. Levy
                                  JUDITH E. LEVY
                                  United States District Judge

Stipulated as to form:

/s/ David A. Nacht                /s/ Brian M. Schwartz (w. Consent)
David A. Nacht (P47034)           Brian M. Schwartz (P69018)
Fabiola A. Galguera (P84212)      Sydney G. Rohlicek (P85655)
NACHTLAW, P.C.                    MILLER, CANFIELD, PADDOCK
*Attorneys for Plaintiff*         AND STONE, P.L.C.
501 Avis Drive, Suite 3           150 W. Jefferson Ave., Suite 2500
Ann Arbor, MI 48108               Detroit, MI 48226
(734) 663-7550                    (313) 963-6420
dnacht@nachtlaw.com               *Attorneys for University Defendants*
Fgalguera@nachtlaw.com            schwartzb@millercanfield.com
                                  rohlicek@millercanfield.com

Dated: July 17, 2025