UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stanley Zhong and Nan Zhong, as next
Friend of his Minor Son,

    Plaintiffs,

v.

The Regents of the University of Michigan,
in their official capacities; The University
of Michigan; Santa Ono, in their individual
and official capacity as the former President of
the University of Michigan; Domenico Grasso,
in their individual and official capacity as the
current President of the University of
Michigan; Adele C. Brumfield, in their
individual and official capacity as the Vice
Provost for Enrollment Management at the
University of Michigan; Other persons
Does 1-10 acting in concert with those named
Above,

    Defendants.

Case No. 2:25-cv-10579
Hon. Judith E. Levy
Mag. Judge David R. Grand

---

David Nacht (P47034)
Fabiola A. Galguera (P84212)
NACHTLAW, P.C.
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
(734) 663-7550
dnacht@nachtlaw.com
fgalguera@nacthlaw.com
*Attorneys for Plaintiffs*

Brian M. Schwartz (P69018)
Sydney G. Rohlicek (P85655)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
rohlicek@millercanfield.com
*Attorneys for Defendant*

# STIPULATED ORDER PERMITTING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT AND EXTENDING DEFENDANTS' TIME TO RESPOND

Plaintiffs and Defendants hereby submit this joint stipulated request and Order allowing Plaintiffs to file a Second Amended Complaint and setting Defendants' deadline by which to file an answer or other responsive pleading:

1. On February 27, 2025, Plaintiffs filed their Complaint. (ECF No. 1).

2. On June 5, 2025, the Court entered an Order which set a deadline for Plaintiffs to file a First Amended Complaint. (ECF No. 21).

3. On June 20, 2025, Plaintiffs filed their First Amended Complaint. (ECF No. 22).

4. On July 11, 2025, Defendants filed their Motion to Dismiss First Amended Complaint. (ECF No. 28).

5. On September 2, 2025, Plaintiffs filed their Response to Defendants' Motion to Dismiss. (ECF No. 33). Plaintiffs' Response included a request for leave to file a Second Amended Complaint. (*Id.* at PageID.489-90). Plaintiffs also included a proposed Second Amended Complaint. (ECF No. 33-1).

6. The parties have stipulated to allow Plaintiffs to file the proposed Second Amended Complaint subject to the following conditions:

   a. Plaintiffs agree that there shall be no further amendments after the filing of the Second Amended Complaint unless Plaintiffs demonstrate good cause;

    b.    Plaintiffs have confirmed that they are not pursuing any disparate impact claims, but reserve the right to argue that evidence of a disparate impact may be relevant to a showing of intentional discrimination, and Defendants reserve the right to challenge the admissibility or relevance of any such evidence offered for that purpose;

    c.    Plaintiffs agree to remove as defendants from the proposed Second Amended Complaint the "University of Michigan" and each of the individually named current and former Regents because the University's Board of Regents "constitute[s] the body corporate" with the legal capacity to "be[] sued" on behalf of the University under Michigan law and therefore any other entity is an improper defendant. MCL 390.4; *see* Mich. Const. 1963, art 8, § 5; *Ali v Univ of Michigan Health Sys-Risk Mgmt*, No. 11-13913, 2012 WL 3112419, at *3 (E.D. Mich. May 4, 2012), *R&R adopted*, 2012 WL 3110716 (E.D. Mich. July 31, 2012); and

    d.    Defendants shall have 28 days to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file a Second Amended Complaint within seven (7) days of entry of this Order.

IT IS FURTHER ORDERED that Defendants shall file a responsive pleading to Plaintiffs' Second Amended Complaint within twenty-eight (28) days after it is filed with the Court.

Date: September 13, 2025                      s/Judith E. Levy
                                                  JUDITH E. LEVY
                                                  United States District Judge

## **STIPULATION**

The parties stipulate and agree to the entry of this Order.

| | |
|---|---|
| /s/ David Nacht (with consent) | /s/Brian M. Schwartz |
| David Nacht (P47034) | Brian M. Schwartz (P69018) |
| Fabiola A. Galguera (P84212) | Sydney G. Rohlicek (P85655) |
| NACHTLAW, P.C. | MILLER, CANFIELD, PADDOCK |
| 501 Avis Drive, Suite 3 | AND STONE, P.L.C. |
| Ann Arbor, MI 48108 | 150 W. Jefferson Ave., Suite 2500 |
| (734) 663-7550 | Detroit, MI 48226 |
| dnacht@nachtlaw.com | (313) 963-6420 |
| fgalbuera@nacthlaw.com | *Attorneys for Defendant* |
| | schwartzb@millercanfield.com |
| | rohlicek@millercanfield.com |