**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

STANLEY ZHONG and NAN ZHONG, *on behalf of his* MINOR SON,

              Plaintiffs,

v.

THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN, SANTA ONO, Former President of the University of Michigan, *in his personal capacity*, STEVEN L. CECCIO, Former Interim Dean of the University of Michigan College of Engineering, *in his personal capacity*, KAREN THOLE, Dean of the University of Michigan College of Engineering, *in her official capacity*, LAURIE MCCAULEY, Provost of the University of Michigan, *in her personal and official capacities*, ERICA L. SANDERS, Assistant Vice Provost and Executive Director of Undergraduate Admissions for the of the University of Michigan, *in her personal and official capacities*,

              Defendants.

Case No. 2:25-cv-10579
Hon. Judith E. Levy
Mag. Judge David R. Grand

**BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**Exhibit List**

**ORAL ARGUMENT REQUESTED**

---

David Nacht (P47034)
Fabiola A. Galguera (P84212)
NACHTLAW, P.C.
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
(734) 663-7550
*Attorneys for Plaintiffs*
dnacht@nachtlaw.com
fgalbuera@nacthlaw.com

Brian M. Schwartz (P69018)
Sydney G. Rohlicek (P85655)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 963-6420
*Attorneys for University Defendants*
schwartzb@millercanfield.com
rohlicek@millercanfield.com

**Exhibit 1**  *Students for Fair Admission, Inc. v President and Fellows of Harvard College, et al.,* Brief for the University of Michigan as *Amicus Curiae* in Support of Respondents, dated August 2022

**Exhibit 2**  Unbpublished Cases

*Castillo v. Whitmer*, 823 F. App'x 413 (6th Cir. 2020)

*Direct Constr. Servs., LLC v. City of Detroit, Michigan*, 820 F. App'x 417 (6th Cir. 2020)

*Doe v. New York Univ.*, 2024 WL 2847368 (S.D.N.Y. May 30, 2024)

*Faith Baptist Church v. Waterford Twp.*, 522 F. App'x 322 (6th Cir. 2013)

*Foster v. Michigan*, 573 F. App'x 377 (6th Cir. 2014)

*Frazier v. Michigan*, 41 F. App'x 762 (6th Cir. 2002)

*Gilmore v. Corr. Corp. of Am.*, 92 F. App'x 188 (6th Cir. 2004)

*Grant v. Metro. Gov't of Nashville & Davidson Cnty., Tenn.*, 446 F. App'x 737 (6th Cir. 2011)

*United States ex rel. Integra Med Analytics, L.L.C. v. Baylor Scott & White Health*, 816 F. App'x 892 (5th Cir. 2020)

*Johnson v. City of Clarksville*, 186 F. App'x 592 (6th Cir. 2006)

*Lewis v. Michigan Occupational Safety & Health Admin.*, 2013 WL 5999243 (E.D. Mich. Nov. 12, 2013)

*Murphy v. Grenier*, 406 Fed. App'x 972 (6th Cir. 2011)

*Nali v. Ekman*, 355 F. App'x 909 (6th Cir. 2009)

*Shepherd v. Univ. of Kentucky*, 2016 WL 4059559 (E.D. Ky. July 28, 2016)

*Stanford v. Northmont City Sch. Dist.*, 2023 WL 1819117 (S.D. Ohio Feb. 8, 2023), *aff'd*, 2023 WL 6389624 (6th Cir. Oct. 2, 2023)

*Turnboe v. Gundy*, 25 F. App'x 292 (6th Cir. 2001)