UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Stanley Zhong, et al.,

                            Plaintiff(s),

v.                                             Case No. 5:25−cv−10579−JEL−DRG
                                                       Hon. Judith E. Levy

University of Michigan Board of
Regents, et al.,

                            Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion to Dismiss − #41

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/W. Barkholz
                                                     Case Manager

Dated:   November 5, 2025