UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stanley Zhong and Nan Zhong, as next
Friend of his Minor Son,

    Plaintiffs,

v.

The Regents of the University of Michigan,
in their official capacities; The University
of Michigan; Santa Ono, in their individual
and official capacity as the former President of
the University of Michigan; Domenico Grasso,
in their individual and official capacity as the
current President of the University of
Michigan; Adele C. Brumfield, in their
individual and official capacity as the Vice
Provost for Enrollment Management at the
University of Michigan; Other persons
Does 1-10 acting in concert with those named
Above,

    Defendants.

Case No. 25-cv-10579
Hon. Judith E. Levy
Mag. Judge David R. Grand

---

| | |
|---|---|
| David Nacht (P47034) | Brian M. Schwartz (P69018) |
| Fabiola A. Galguera (P84212) | Sydney G. Rohlicek (P85655) |
| NACHTLAW, P.C. | MILLER, CANFIELD, PADDOCK |
| 501 Avis Drive, Suite 3 | AND STONE, P.L.C. |
| Ann Arbor, MI 48108 | 150 W. Jefferson Ave., Suite 2500 |
| (734) 663-7550 | Detroit, MI 48226 |
| dnacht@nachtlaw.com | (313) 963-6420 |
| fgalguera@nacthlaw.com | schwartzb@millercanfield.com |
| *Attorneys for Plaintiffs* | rohlicek@millercanfield.com |
| | *Attorneys for Defendant* |

## STIPULATED ORDER EXTENDING DEFENDANTS' TIME TO FILE A REPLY BRIEF

Plaintiffs and Defendants hereby submit this joint stipulated request and Order setting Defendants' deadline by which to file a reply to Plaintiffs' Response to Defendants' Motion to Dismiss Second Amended Complaint from November 26, 2025, to December 5, 2025.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants shall its reply to Plaintiffs' Response to Defendants' Motion to Dismiss Second Amended Complaint no later than December 5, 2025.

Date: November 14, 2025               s/Judith E. Levy
                                      JUDITH E. LEVY
                                      United States District Judge

The parties stipulate and agree to the entry of this Order.

| /s/ David Nacht (with consent) | /s/Brian M. Schwartz |
|---|---|
| David Nacht (P47034) | Brian M. Schwartz (P69018) |
| Fabiola A. Galguera (P84212) | Sydney G. Rohlicek (P85655) |
| NACHTLAW, P.C. | MILLER, CANFIELD, PADDOCK |
| 501 Avis Drive, Suite 3 | AND STONE, P.L.C. |
| Ann Arbor, MI 48108 | 150 W. Jefferson Ave., Suite 2500 |
| (734) 663-7550 | Detroit, MI 48226 |
| dnacht@nachtlaw.com | (313) 963-6420 |
| fgalbuera@nacthlaw.com | *Attorneys for Defendant* |
| | schwartzb@millercanfield.com |
| | rohlicek@millercanfield.com |