# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STANLEY ZHONG and NAN ZHONG, *on behalf of his* MINOR SON,

                Plaintiffs,

v.

THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN, SANTA ONO, Former President of the University of Michigan*, in his personal capacity*, STEVEN L. CECCIO, Former Interim Dean of the University of Michigan College of Engineering, *in his personal capacity*, KAREN THOLE, Dean of the University of Michigan College of Engineering, *in her official capacity*, LAURIE MCCAULEY, Provost of the University of Michigan, *in her personal and official capacities*, ERICA L. SANDERS, Assistant Vice Provost and Executive Director of Undergraduate Admissions for the of the University of Michigan, *in her personal and official capacities*,

                Defendants.

Case No. 25-cv-10579
Hon. Judith E. Levy
Mag. Judge David R. Grand

---

### STIPULATED ORDER EXTENDING DEFENDANTS' TIME TO FILE A REPLY BRIEF

Plaintiffs and Defendants hereby submit this joint stipulated request and Order extending Defendants' deadline by which to file a reply in support of their Motion to Dismiss Second Amended Complaint from December 5, 2025, to December 12, 2025.

The parties stipulate and agree to the entry of this Order.

| | |
|---|---|
| /s/ David Nacht (with consent) <br> David Nacht (P47034) <br> Fabiola A. Galguera (P84212) <br> NACHTLAW, P.C. <br> 501 Avis Drive, Suite 3 <br> Ann Arbor, MI 48108 <br> (734) 663-7550 <br> dnacht@nachtlaw.com <br> fgalbuera@nacthlaw.com | /s/Brian M. Schwartz <br> Brian M. Schwartz (P69018) <br> Sydney G. Rohlicek (P85655) <br> MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. <br> 150 W. Jefferson Ave., Suite 2500 <br> Detroit, MI 48226 <br> (313) 963-6420 <br> *Attorneys for Defendant* <br> schwartzb@millercanfield.com <br> rohlicek@millercanfield.com |

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file their reply in support of their Motion to Dismiss Second Amended Complaint no later than December 12, 2025.

Date: December 5, 2025

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

2