**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STANLEY ZHONG and NAN ZHONG,
*on behalf of his* MINOR SON,

Plaintiffs,

v.

Case No. 5:25-cv-10579

THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN, SANTA ONO, Former President of the University of Michigan, *in his personal capacity*, STEVEN L. CECCIO, Former Interim Dean of the University of Michigan College of Engineering, *in his personal capacity*, KAREN THOLE, Dean of the University of Michigan College of Engineering, *in her official capacity*, LAURIE MCCAULEY, Provost of the University of Michigan, *in her personal and official capacities*, ERICA L. SANDERS, Assistant Vice Provost and Executive Director of Undergraduate Admissions for the of the University of Michigan, *in her personal and official capacities*,

Hon. Judith E. Levy
Mag. Judge David R. Grand

Defendants.

---

David Nacht (P47034)
Fabiola A. Galguera (P84212)
NACHTLAW, P.C.
*Attorneys for Plaintiffs*
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
(734) 663-7550
dnacht@nachtlaw.com
fgalguera@nachtlaw.com

Brian M. Schwartz (P69018)
Sydney G. Rohlicek (P85655)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
*Attorneys for University Defendants*
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
rohlicek@millercanfield.com

**PLAINTIFFS' NOTICE OF RECENT SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify the Court of three recent decisions issued after Plaintiffs filed their Response to Defendants' Motion to Dismiss, ECF No. 43:

1. *Zhong v. University of Washington Board of Regents*, No. 2:25-cv-00348-JLR, Dkt. 50 (W.D. Wash. Aug. 7, 2026);
2. *Sargent v. School District of Philadelphia*, 165 F.4th 727 (3d Cir. 2026); and
3. *Washington v. First National Bank of Pennsylvania*, No. 25-3673 (6th Cir. June 26, 2026).

These authorities bear on issues raised in Defendants' pending Motion to Dismiss, ECF No. 41.

First, ***Zhong v. University of Washington Board of Regents*** involves the same plaintiff, Stanley Zhong, his rejection from another selective university's undergraduate Computer Science program during the same Fall 2023 admissions cycle, and parallel claims of racial discrimination in admissions. The court denied the University of Washington's motion to dismiss Stanley's Equal Protection and Title VI claims in relevant part. Although the challenged admissions criteria were facially race neutral, the court held that "[w]hether racial discrimination occurs below the surface of the University's admissions decisions is a factual question that is not appropriate to resolve on a motion to dismiss." *Zhong*, Dkt. 50 at 18. The court concluded that Stanley had plausibly alleged that race was considered in admissions to achieve racial balancing. *Id.* at 18–19. This holding bears on Defendants'

arguments concerning the facial neutrality of U-M's admissions process and whether Plaintiffs plausibly allege that race affected Stanley's application. *See* ECF No. 41, PageID.672–674; ECF No. 46, PageID.860–862.

The court also rejected qualified immunity notwithstanding that Stanley's admissions decision preceded *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, 600 U.S. 181 (2023). *Zhong*, Dkt. 50 at 20–22. Relying on *Grutter v. Bollinger*, 539 U.S. 306, 308 (2003), and *Parents Involved in Community Schools v. Seattle School District No. 1*, 551 U.S. 701, 727 (2007), the court held that the prohibition against rigid racial quotas and mechanical racial balancing was clearly established before *SFFA* and denied qualified immunity as to Stanley's damages claims against the individual defendants. *Zhong*, Dkt. 50 at 21–22. This holding bears on Defendants' argument that the Individual Defendants are entitled to qualified immunity because *Grutter* remained controlling when Stanley applied and *SFFA* had not yet been decided. *See* ECF No. 41, PageID.669–671; ECF No. 46, PageID.857–858.

Second, in ***Sargent v. School District of Philadelphia***, the Third Circuit considered the competing approaches of *Boston Parent Coalition for Academic Excellence Corp. v. School Committee for City of Boston*, 89 F.4th 46 (1st Cir. 2023), on which Defendants rely, ECF No. 46, PageID.861, and *Chinese American Citizens Alliance of Greater New York v. Adams*, 116 F.4th 161 (2d Cir. 2024). The Third Circuit rejected the First and Fourth Circuits' discriminatory-impact framework and

adopted the Second Circuit's approach. *Sargent*, 165 F.4th at 747–48. It held that although aggregate discriminatory impact is one permissible form of proof, "it is not the only permissible form of proof." *Id.* at 748. *Sargent* therefore bears on Defendants' arguments concerning aggregate discriminatory impact, Plaintiffs' statistical allegations, and Stanley's individualized injury. *See* ECF No. 41, PageID.672–674; ECF No. 46, PageID.860–862.

Third, in ***Washington v. First National Bank of Pennsylvania***, the Sixth Circuit reaffirmed that the *McDonnell Douglas* prima facie case is an "evidentiary standard, not a pleading requirement," and that *Twombly* and *Iqbal* did not displace *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506 (2002). *Washington*, No. 25-3673, slip op. at 6–8 (6th Cir. June 26, 2026). The Sixth Circuit accordingly applied ordinary federal pleading standards rather than requiring the plaintiff to plead a prima facie evidentiary case. *Id.* at 8. *Washington* therefore bears on the evidentiary showing required at the Rule 12(b)(6) stage.

Plaintiffs respectfully submit these supplemental authorities for the Court's consideration in resolving Defendants' pending Motion to Dismiss, ECF No. 41.

Respectfully submitted,

**NACHTLAW, P.C.**

/s/ David A. Nacht
David A. Nacht (P47034)
Fabiola A. Galguera (P84212)
*Attorneys for Plaintiffs*

Dated: September 28, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ David Nacht
David Nacht (P47034)